**Order entered July 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00739-CV

## IN RE BABAK TAHERZADEH, Relator

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F16-12037-J**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want of jurisdiction.

/s/    BILL PEDERSEN, III
       JUSTICE